RECEIVED

JUL 3 0 2009

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| RONNIE BABINO <br> LA. DOC. #131570 | * | CIVIL ACTION NO. 09-0351 |
| | * | SECTION P |
| VERSUS | * | JUDGE DOHERTY |
| BURL CAIN, WARDEN | * | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Mildred E. Methvin for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Petition under 28 U.S.C. §2254 for Writ of Habeas Corpus [Rec. Doc. 1] is **DENIED AND DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

Lafayette, Louisiana, this 30 day of July, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE